

JS-6

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| BRENDA MILES, *et al.*, | CV 13-1817 TJH (RZx) |
| Plaintiffs, | |
| v. | Order |
| HON. DAVID S. WESLEY, *et al.*, | |
| Defendants. | |

    This Court, following *O'Shea v. Littleton*. 414 U.S. 488, 94 S. Ct. 669, 38 L. Ed. 2d 674 (1974) and *E.T. v. Cantil-Sakauye*, 682 F.3d 1121 (9th Cir. 2012), abstains from considering Plaintiffs' claims.

    It is Ordered that this action be, and hereby is, Dismissed.

Date:   March 18, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge